IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DUANE HICKMAN, | No. 2:24-CV-2460-DAD-DMC-P |
| Petitioner, | |
| v. | ORDER |
| STATE OF CALIFORNIA, et al., | |
| Respondents. | |

Kevin Duane Hickman, a prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1] Pending before the Court is Petitioner's motion for leave to proceed in forma pauperis, ECF No. 2. Petitioner has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that Petitioner is unable to prepay fees and costs or give security therefor.

///
///
///
///
///

---

[1] The matter was originally docketed as a prisoner civil rights action but, on order of the Court, was redesignated as a habeas corpus action on August 5, 2025.

1

Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for leave to proceed in forma pauperis, ECF No. 2, is granted.

Dated: August 6, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2