IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN DUANE HICKMAN,

Petitioner,

v.

STATE OF CALIFORNIA, et al.,

Respondents.

No.  2:24-CV-2460-DAD-DMC-P

ORDER

Petitioner, who was proceeding pro se, brought this habeas corpus action.  Final judgment was entered on September 16, 2025, and this case is closed.  Pending before the Court is Petitioner's notice regarding filing fees.  See ECF No. 22.

In his notice, Petitioner states his belief that his trust account is being charged for a $350.00 filing fee though this case proceeded as a habeas corpus case subject to a filing fee of only $5.00.  See id.  The Court's financial records do not support Plaintiff's belief.  Specifically, while this case was originally docketed as a civil rights case, which is subject to a $350.00 filing fee, the matter was subsequently redesignated as a habeas corpus action.  See ECF No. 16.  In the Court's order redesignating the action, the Court directed that Petitioner's inmate trust fund be refunded any amounts paid pursuant to the Court's previous order requiring partial payments towards a $350.00 filing fee.  The Court's Financial Department reports that, at the time the order was issued, no fees had been collected, and no funds continue to be collected for this case.

1

Accordingly, IT IS HEREBY ORDERED that Petitioner's concerns regarding filing fees for this case, as expressed in his notice at ECF No. 22, are deemed resolved. This Order is made without prejudice to a renewed motion supported by documentation contrary to the current understanding of the Court, should Plaintiff subsequently discover any issues still outstanding with regard to the subject inmate trust account.

Dated:  January 30, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE